UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SILVER KRIEGER,                                                                15 CV 6528

                        Plaintiff,                               **NOTICE TO TAKE**
                                                              **DEPOSITION UPON**
     -against-                                            **ORAL EXAMINATION**

THE BROOKLYN MUSEUM OF ART FUND, INC.

                        Defendant.
------------------------------------------------------------------X

          **PLEASE TAKE NOTICE**, that pursuant to FRCP Rule 30 the testimony, upon oral examination of plaintiff, an adverse party, will be taken before a notary public who is not an attorney, or employee of an attorney, for any party or prospective party herein and is not a person who would be disqualified to act as a juror because of interest or because of consanguinity of affinity to any party herein, at the offices of the undersigned on the 10th day of March, 2016 at 10:00 o'clock in the forenoon of that day with respect to evidence material and necessary in the defense of this action:

          That the said person to be examined is required to produce at such examination the following:

          ANY AND ALL BOOKS, RECORDS AND/OR MEMORANDA IN YOUR POSSESSION, CUSTODY OR CONTROL RELATING TO THE WITHIN ACTION.

Dated: New York, New York
        December 10, 2015

                                                   LITCHFIELD CAVO LLP

                                 By: _____
                                        Brian S. Gitnik (BSG3776)
                                        420 Lexington Avenue, Suite 2104
                                        New York, NY 10170
                                        (212) 434-0100

*Attorneys for Defendant*

To: Walker G. Harman, Jr.
Edgar M. Rivera
The Harman Firm, LLP
1776 Broadway, Suite 2030
New York, New York 10019
(212) 425-2600